## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**AMBER NICOLE DEERE**                                                    **PLAINTIFF**

**v.**                            **CASE NO. 3:24-CV-00096-BSM**

**MALLORY WEST,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE